UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Ekima Hamilton, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

Professional Claims Bureau, Inc.,

                Defendant.

Case No: 1:20-cv-00223-FJS-CFH

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: July 9, 2020

| | |
|---|---|
| **BARRON & NEWBURGER, P.C.** | **BARSHAY SANDERS, PLLC** |
| By:   /s Arthur Sanders<br>Arthur Sanders, Esq.<br>30 South Main Street,<br>New City, New York 10956<br>Tel: (845) 499-2990<br>*Attorneys for Defendant* | By:   /s Craig B. Sanders<br>Craig B. Sanders<br>100 Garden City Plaza, Suite 500<br>Garden City, New York 11530<br>Tel. (516) 203-7600<br>Email:<br>*ConsumerRights@BarshaySanders.com*<br>Our File No: 117653<br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED.**
**July 10, 2020**

                                                    Frederick J. Scullin, Jr.
                                                    Senior United States District Judge